RECEIVED

SEP - 9 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| STEPHANIE D. HAMILTON | * | CIVIL ACTION NO. 14-0222 |
| VERSUS | * | JUDGE STAGG |
| CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the instant complaint is hereby DISMISSED, without prejudice. Fed.R.Civ.P. 4(m); LR 41.3W.

THUS DONE AND SIGNED in chambers, this 9th day of September, 2014, Shreveport, Louisiana.

TOM STAGG
UNITED STATES DISTRICT JUDGE